**United States District Court**
**Northern District of Illinois**

DUSTIN YOUNGREN, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

Anson Belt & Buckle Co., LLC,

Defendant.

Case No.: 1:25-cv-15350

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: June 30, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
C: (718) 554-0237
Email: Dreyes@ealg.law