| | | |
|---|---|---|
| DUSTIN YOUNGREN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Anson Belt & Buckle Co., LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:25-cv-15350<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: September 22, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Russell Monilla**
By: Russell Monilla, Esq.
4903 Avenue N
Brooklyn NY 11234
O: (844) 731-3343
C: (850) 404-0382
Email: Rmonilla@ealg.law